# Order

Michigan Supreme Court
Lansing, Michigan

October 19, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143262

TIGRAN MOVSISYAN,
          Plaintiff-Appellant,

v                                                      SC: 143262
                                                       COA: 299235
                                                       Wayne CC: 06-624011-CZ
IPAX CLEANOGEL, INC.,
          Defendant-Appellee.

_____/

        On order of the Court, the application for leave to appeal the May 10, 2011 order
of the Court of Appeals is considered, and it is DENIED, because we are not persuaded
that the question presented should now be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011                          _____
                                                       Clerk